AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | [stamp: MAY 16 2006 CENTRAL DISTRICT OF CALIFORNIA DEPUTY] | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [x] ACTION   [ ] APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED<br>CV06-3012   May 15, 2006 | United States Disctrict Court, Central District of California<br>312 N. Spring Street, Los Angeles, CA 90012 |
| PLAINTIFF<br>Euro Tec Enterprises, Inc. d/b/a Euro Tec Publishing, Euro Tec, Bruce Caplin; Prestoons d/b/a Prestoons Music | DEFENDANT<br>Apple Computer, Inc.; AOL Music Now, LLC; Buy.com, Inc.; Microsoft Corporation; Napster, LLC; RealNetworks Digital Music of California, Inc.; Record Town, Inc.; Sony Connect, Inc.; Virgin Entertainment Group, Inc.; Wal-Mart.com USA, LLC; Yahoo!, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA-404-984 | Oh, I Love You So | Preston Smith |
| 2 | PA-414-123 | Black and White | Preston Smith |
| 3 | PA-786-593 | Caribbbean Blue | Gary Benson, Joaquin McWhinney, Kevin Flournoy |
| 4 | PA-1-221-253 | Beautiful Day, Light'n Up | Joaquin McWhinney, Bruce Caplin |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[x] Order   [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes   [x] No | DATE RENDERED<br>4/18/08 |
|---|---|---|
| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>4/21/08 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __CV06-3012 VBF(MANx)__     Date __April 18, 2008__

Title: __Euro Tec Enterprises, Inc., et al. v. Apple Computer, Inc., et al.__

Present: The Honorable __Valerie Baker Fairbank__

| Rita Sanchez | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
Not Present      Not Present

---

Proceedings:  ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __5/23/07__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____

Initials of Preparer ___rs___

1  NEVILLE L. JOHNSON (SBN 66329)
   NICHOLAS A. KURTZ (SBN 232705)
2  JOHNSON & RISHWAIN LLP
   439 N. Canon Drive, Suite 200
3  Beverly Hills, California 90210
   Telephone: (310) 975-1080
4  Facsimile: (310) 975-1095

5  MAXWELL M. BLECHER (SBN 26202)
   BLECHER & COLLINS, P.C.
6  515 South Figueroa Street, 17th Floor
   Los Angeles, California 90071-3334
7  Telephone: (213) 622-4222
   Facsimile: (213) 622-1656
8
   *Attorneys for All Plaintiffs*
9

10  [Additional counsel listed on next page]

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                     WESTERN DIVISION

14

15  EURIGTEC ENTERPRISES, INC., d/b/a     | Case No. CV 06-3012 VBF (MANx)
    EURO TEC PUBLISHING, EURO TEC,        |
16  BRUCE CAPLIN; PRESTOONS d/b/a          |
    PRESTOONS MUSIC; on behalf of          |
17  themselves and those similarly situated,| **STIPULATION OF DISMISSAL**
                                           | **WITHOUT PREJUDICE AS TO**
18              Plaintiffs,                | **ALL CLAIMS OF PLAINTIFF**
                                           | **PRESTOONS d/b/a PRESTOONS**
    v.                                     | **MUSIC**
19  APPLE COMPUTER, INC.; AOL MUSIC        |
20  NOW, LLC; BUY.COM, INC.;               |
    MICROSOFT CORPORATION;                 |
21  NAPSTER, LLC; REAL NETWORKS            | Hon. Valerie Baker Fairbank
    DIGITAL MUSIC OF CALIFORNIA INC.;      |
22  RECORD TOWN, INC.; SONY CONNECT        |
    INC.; VIRGIN AUDIO HOLDINGS, LLC;      |
23  WAL-MART.COM USA, LLC; YAHOO!,         |
    INC.; SONY BMG MUSIC                   |
24  ENTERTAINMENT; WARNER MUSIC            |
    GROUP CORP.; and DOES 1-10, inclusive, |
25                                         |
26              Defendants.

27

28
                                1

| | |
|---|---|
| 1 | SCOTT A. EDELMAN (SBN 116927) |
|   | CAROL SILBERBERG (SBN 217658) |
| 2 | BRENDA L. KLEIDOSTY (SBN 234987) |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 2029 Century Park East, Suite 4000 |
|   | Los Angeles, California 90067-3026 |
| 4 | Telephone:  (310) 552-8500 |
|   | Facsimile:   (310) 552-7041 |
| 5 | |
|   | ORIN SNYDER (*Pro Hac Vice Application Pending*) |
| 6 | CYNTHIA S. ARATO (SBN 156856) |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 7 | 200 Park Avenue |
|   | New York, New York 10166-0193 |
| 8 | Telephone:  (212) 351-4000 |
|   | Facsimile:   (212) 351-4035 |
| 9 | |
|   | *Attorneys for Defendants,* |
| 10 | AOL MUSIC NOW LLC; BUY.COM, INC.; |
|    | MICROSOFT CORP.; NAPSTER, LLC; |
| 11 | REALNETWORKS DIGITAL MUSIC OF |
|    | CALIFORNIA, INC.; RECORD TOWN, INC.; |
| 12 | SONY BMG MUSIC ENTERTAINMENT; |
|    | SONY CONNECT INC.; VIRGIN AUDIO |
| 13 | HOLDINGS, LLC; WAL-MART.COM |
|    | USA, LLC; WARNER MUSIC GROUP |
| 14 | CORP.; and YAHOO! INC. |
| 15 | JOEL T. GALANTER |
|    | ADAMS & REESE LLP |
| 16 | 424 Church Street, Suite 2800 |
|    | Nashville, TN 37219 |
| 17 | Telephone: (615) 259-1064 |
|    | Facsimile: (615) 259-1470 |
| 18 | |
|    | *Attorney for Defendant,* |
| 19 | WAL-MART.COM USA, LLC |
| 20 | DANIEL SCOTT SCHECTER (SBN 171472) |
|    | JENNIFER BLAIR (SBN 222125) |
| 21 | LATHAM & WATKINS LLP |
|    | 633 West Fifth St., Suite 4000 |
| 22 | Los Angeles, California 90071-2007 |
|    | Telephone: (213) 485-1234 |
| 23 | Facsimile: (213) 891-8763 |
| 24 | *Attorneys for Defendant,* |
|    | APPLE COMPUTER, INC. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  TO THE HONORABLE VALERIE BAKER FAIRBANK:

2      Plaintiff PRESTOONS d/b/a PRESTOONS MUSIC ("Prestoons") and all
3  Defendants, APPLE COMPUTER, INC.; AOL MUSIC NOW, LLC; BUY.COM,
4  INC.; MICROSOFT CORPORATION; NAPSTER, LLC; REAL NETWORKS
5  DIGITAL MUSIC OF CALIFORNIA INC.; RECORD TOWN, INC.; SONY
6  CONNECT INC.; VIRGIN AUDIO HOLDINGS, LLC; WAL-MART.COM USA,
7  LLC; YAHOO!, INC.; SONY BMG MUSIC ENTERTAINMENT; and WARNER
8  MUSIC GROUP CORP. ("Defendants"), through their attorneys of record, and
9  pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby agree and stipulate
10 that this matter be dismissed as to all of Plaintiff Prestoons' claims, without
11 prejudice. Plaintiff Prestoons, on the one hand, and Defendants, on the other hand,
12 shall bear their own costs and attorney fees.

13     Whereby this Court having previously entered as an Order dated April 30,
14 2007, the Stipulation of Dismissal Without Prejudice as to All Claims of Plaintiff
15 Euro Tec Enterprises, the parties hereto, by and through their respective counsel,
16 and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that this
17 matter be dismissed in its entirety, without prejudice. Plaintiffs, on the one hand,
18 and Defendants, on the other hand, shall bear their own costs and attorney fees.

20 Dated: May 17, 2007    GIBSON, DUNN & CRUTCHER LLP

22     By: *Scott Edelman /BLK*
    Attorneys for Defendants
    AOL MUSIC NOW LLC; BUY.COM, INC.;
    MICROSOFT CORP.; NAPSTER, LLC;
    REALNETWORKS DIGITAL MUSIC OF
    CALIFORNIA, INC.; RECORD TOWN, INC.;
    SONY BMG MUSIC ENTERTAINMENT; SONY
    CONNECT INC.; VIRGIN AUDIO HOLDINGS,
    LLC; WAL-MART.COM USA, LLC; WARNER
    MUSIC GROUP CORP.; and YAHOO! INC.

|   |   |   |
|---|---|---|
| 1 |   | MUSIC GROUP CORP.; and YAHOO! INC. |
| 2 |   |   |
| 3 | Dated: May [7], 2007 | LATHAM & WATKINS LLP |
| 4 |   |   |
| 5 |   | By: /s/ |
| 6 |   | Attorneys for Defendant, |
| 7 |   | APPLE COMPUTER, INC. |
| 8 |   |   |
| 9 | Dated: May __, 2007 | ADAMS & REESE LLP |
| 10 |   |   |
| 11 |   | By: _____ |
| 12 |   | Attorneys for Defendant |
|   |   | WAL-MART.COM USA, LLC |
| 13 |   |   |
| 14 | Dated: May __, 2007 | JOHNSON & RISHWAIN LLP |
| 15 |   |   |
| 16 |   |   |
| 17 |   | By: _____ |
|   |   | Attorneys for All Plaintiffs |
| 18 |   |   |
| 19 |   |   |
| 20 | Dated: 5-22-07 | /s/ Valerie Baker Fairbank |
| 21 |   | Honorable Valerie Baker Fairbank |
| 22 |   | United States District Court Judge |

4

```
 1
 2   Dated: May __, 2007              LATHAM & WATKINS LLP
 3
 4
                                      By: _____
 5                                        Attorneys for Defendant,
 6                                        APPLE COMPUTER, INC.
 7
 8   Dated: May 17, 2007              ADAMS & REESE LLP
 9
10                                    By: _____
11                                        Attorneys for Defendant
                                          WAL-MART.COM USA, LLC
12
13
14   Dated: May 21, 2007              JOHNSON & RISHWAIN LLP
15
16                                    By: _____
17                                        Attorneys for All Plaintiffs
18
19
20   Dated: _____          _____
21                                    Honorable Valerie Baker Fairbank
                                      United States District Court Judge
22
23
24
25
26
27
28
                                      4
```

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California by JOHNSON & RISHWAIN LLP, and am over the age of 18 and not a party to the within action. My business address is 439 N. Canon Drive, Suite 200, Beverly Hills, California 90210.

On *May 21, 2007* I served the foregoing document described as:

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS OF PLAINTIFF PRESTOONS d/b/a PRESTOONS MUSIC** on:

*See Attached Service List*

METHOD OF SERVICE

[X]   (BY U.S. MAIL) I served the document(s) by enclosing them in an envelope and placing the envelope for collecting and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed *May 21, 2007* at Beverly Hills, California.

_____
May Talebi

## Service List

| | |
|---|---|
| *Daniel Scott Schecter* | *Joel T. Galanter (pro hac vice)* |
| *Jennifer Blair* | *Adams and Reese LLP* |
| *Latham & Watkins LLP* | *424 Church Street, Suite 2800* |
| *633 West Fifth Street, Suite 4000* | *Nashville, TN 37219* |
| *Los Angeles, CA 90071-2007* | *(615) 259-1450* |
| *(213) 485-1234* | *(615) 259-1470 facsimile* |
| *(213) 891-8763 facsimile* | *joel.galanter@arlaw.com* |
| *daniel.schecter@lw.com* | Attorneys for Defendant, |
| *jennifer.blair@lw.com* | Wal-Mart.com USA, LLC |
| Attorneys for Defendant, | |
| Apple Computer, Inc. | |


1. *Scott A. Edelman*
2. *Brenda L. Kleidosty*
   *Gibson Dunn & Crutcher LLP*
3. *2029 Century Park East, Suite 4000*
4. *Los Angeles, CA 90067-3026*
   *(310) 552-8500*
5. *(310) 552-7041 facsimile*
6. *sedelman@gibsondunn.com*
   *BKleidosty@gibsondunn.com*
7.
8. *Orin Snyder (pro hac vice)*
   *Cynthia S. Arato*
9. *Gibson, Dunn & Crutcher LLP*
10. *200 Park Avenue, 47th Floor*
    *New York, NY 10166-0193*
11. *(212) 351-4000*
12. *(212) 351-4035 facsimile*
    *osnyder@gibsondunn.com*
13. *carato@gibsondunn.com*
14. Attorneys for Defendants,
    AOL Music Now, LLC; Buy.com,
15. Inc.; Microsoft Corp.; Napster, LLC;
16. RealNetworks Digital Music of
    California, Inc.; Record Town, Inc.;
17. Sony Connect Inc.; Virgin Audio
18. Holdings, LLC; Wal-Mart.com USA,
    LLC; Yahoo! Inc.; Sony BMG Music
19. Entertainment; Warner Music Group
20. Corp.